BEFORE THE FIRST DIVISION, MARCH 24, 1939

**No. 40914.**—Protest 739421–G of Blanchard Lumber Co., Inc. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protest was sustained.

**No. 40915.**—Protests 961077–G, etc., of Wm. J. Jones & Co. et al. (Philadelphia).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the protests were sustained.

**No. 40916.**—Protests 950932–G, etc., of Greenheart Lumber Co., Inc., et al. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the protests were sustained.

**No. 40917.**—Protest 959428–G of Ichabod T. Williams & Sons (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the protest was sustained.

**No. 40918.**—Protests 946823–G, etc., of Seaboard Lumber Sales Co., Ltd., et al. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that the tax under section 601 (c) (6) was assessed on the basis of board measurement in excess of the quantity actually imported. Following *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) certain timber was held not dutiable under section 601 (c) (6) as claimed.

**No. 40919.**—Protests 965496–G, etc., of Geo. S. Bush & Co., Inc., et al. (Portland, Oreg.).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific-duty merchandise as claimed.